UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

GURPREET SINGH JOSSAN,

     Petitioner,

v.

                                    No. 6:26-CV-196-H

ICE FIELD OFFICE DIRECTOR,
DALLAS FIELD OFFICE, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

     Respondents.

## <u>ORDER OF DISMISSAL</u>

Before the Court is the petitioner's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. No. 5. Because the respondents have not filed an answer or motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

Keren Ohana's application for admission pro hac vice (Dkt. No. 2) is denied as moot.

So ordered on May 21, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE